**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

DEBORAH S. HUNT
CLERK

TELEPHONE
(513) 564-7000

January 9, 2023

Mr. Jonathan Neil Wike
Mr. Braden H. Boucek

Re: Case No. 22-5458, *McLemore, et al. v. Gumucio, et al.*

Dear Counsel,

The panel before which this matter is scheduled for oral argument on Thursday, January 12, 2023, directs that the parties should be prepared to discuss the following at oral argument:

A significant issue in this case is the interpretation of a Tennessee state law and whether that statute regulates extraterritorially. Enforcement of this law, as amended, was enjoined prior to its going into effect; thus no Tennessee court has ruled on it. Given this, please be prepared to explain if and how the Pullman Abstention Doctrine applies to this case. See R.R. Comm'n of Tex. v. Pullman Co., 312 U.S. 496 (1941). Additionally, because this is a pre-enforcement action, please be prepared to discuss the test for such actions established in Abbott Lab'ys v. Gardner, 387 U.S. 136 (1967), and Toilet Goods Ass'n, Inc. v. Gardner, 387 U.S. 158 (1967).

Thank you for your attention in this matter.

Sincerely,

Deborah S. Hunt, Clerk
Sixth Circuit Court of Appeals

cc: Ms. Meggan DeWitt
     Ms. Kimberly S. Hermann